IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION


TRACY WILLIAMS                                                             PLAINTIFF


VS.                                    CASE NO. 14-CV-4107


MACKIE WOLF ZIENTZ & MANN, P.C.,
AS ALLEGED SUBSTITUTE TRUSTEE
FOR BANK OF AMERICA, N/A, and
BANK OF AMERICA, N/A                                                      DEFENDANTS

## JUDGMENT

       Before the Court is a Motion for Summary Judgment filed by Defendant Bank of America.

(ECF No. 8).  Plaintiff has not responded, and the time for response has passed.  The matter is ripe

for the Court's consideration.  For the reasons set forth in the Order dated November 19th, 2014, the

Court granted Bank of America's Motion for Summary Judgment.  (ECF No. 12).  Accordingly,

Plaintiff's claims are **DISMISSED WITH PREJUDICE**.

       IT IS SO ORDERED, this 1st day of December, 2014.


                                        /s/ Susan O. Hickey
                                        Susan O. Hickey
                                        United States District Judge